Order issued September 18, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00271-CV

W. ERIC BRAUSS; ET AL., Appellants

V.

TRIPLE M HOLDING GMBH, ET AL., Appellees

## ORDER

Before the Court is a motion for argument filed by appellants W. Eric Brauss and Christine Martin Brauss and a motion to expand time for oral argument and to file a supplemental brief filed by appellants Texas Horseshoe, Droege Investment Gbr., Wolf Heimerdinger and Sandy Marks (the "Horseshoe Appellants"). Appellants T.H. Song-Winkler, Michele Roelcke, and Susan Brauss (the "Song-Winkler Appellants") timely requested oral argument in their brief. *See* TEX. R. APP. P. 39.7.

We **GRANT** the motions in part and render the following orders.

It is **ORDERED** that the time for opening argument for all appellants will be allocated as follows: (1) ten (10) minutes for counsel representing appellants W. Eric Brauss and Christine Martin Brauss; (2) ten (10) minutes for counsel representing the Horseshoe Appellants; and (3) ten (10) minutes for counsel representing the Song-Winkler Appellants. Appellees and cross-appellants Triple M Holding GmbH, et al., will be permitted twenty-five (25) minutes for argument. A total

of five (5) minutes for rebuttal will be permitted for all appellants. Counsel for appellants are directed to agree on how to apportion the allotted time for rebuttal. No additional time will be allowed.

It is also **ORDERED** that the Horseshoe Appellants' Supplemental Brief as to Mootness received September 4, 2012 is deemed filed as of the date of this order. The Appendix to the Horseshoe Appellants' Supplemental Brief as to Mootness is **STRICKEN** without prejudice to the filing of a properly sworn and authenticated appendix within ten (10) days of the date of this order. *See* TEX. R. APP. P. 10.2. The Song-Winkler Appellants are **GRANTED** leave to file a response to the supplemental brief as to mootness within ten (10) days of this order.

In all other respects, the pending motions are **DENIED**.

_____
JIM MOSELEY
PRESIDING JUSTICE